Hon. Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARYASP NEJAT, | CASE NO. 2:24-cv-01554-BJR |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE** |
| v. | |
| DELTA AIR LINES, INC., | |
| Defendant. | |

Considering the Parties Stipulated Motion to Extend the Expert Disclosure Deadlines, the Court being sufficiently advised:

IT IS ORDERED that the Stipulated Motion be granted and that the deadlines for expert disclosures are extended as follows:

- Initial Expert Disclosures and Reports Due:   8/19/2025
- Rebuttal Reports Due:   9/19/2025
- Depositions of Plaintiff's Experts:   10/01/2025
- Depositions of Defendant's Experts:   10/14/2025

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE – Page 1
Case No. 2:24-cv-01554-BJR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD IGLITZIN & LAVITT LLP**

DATED this 3rd day of April, 2025.

*Barbara J. Rothstein*
Barbara J. Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE – Page 2
Case No. 2:24-cv-01554-BJR

BARNARD IGLITZIN & LAVITT LLP
18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132