Hon. Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARYASP NEJAT, | CASE NO. 2:24-cv-01554-BJR |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| DELTA AIR LINES, INC., | |
| Defendant. | |

TO:    CLERK OF THE COURT

The parties, by and through their undersigned counsel, hereby notify the Court pursuant to Local Civil Rule 11(b) that they have reached a settlement of all claims in this action. The parties anticipate filing a stipulated motion for dismissal by September 24, 2025 and respectfully request that all existing case deadlines and hearings be stricken.

DATED this 22nd day of August, 2025.

*s/ Kathleen Phair Barnard*
Kathleen Phair Barnard, WSBA No. 17896
Jennifer L. Robbins, WSBA No. 40861
Marina Multhaup, WSBA No. 58877
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119

NOTICE OF SETTLEMENT – Page 1
Case No. 2:24-cv-01554-BJR

18 WEST MERCER ST., STE. 400   BARNARD
SEATTLE, WASHINGTON 98119   IGLITZIN &
TEL 800.238.4231 | FAX 206.378.4132   LAVITT LLP

Tel: (206) 257-6028
Fax: (206) 378-4132
barnard@workerlaw.com
robbins@workerlaw.com
multhaup@workerlaw.com

*Attorneys for Plaintiff Aryasp Nejat*

*s/ Breanne F. Lynch*
Breanne F. Lynch, WSBA #55242
blynch@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300 Facsimile: 206.447.6965

*s/ Kyllan Kershaw*
Kyllan Kershaw, admitted pro hac vice
kkershaw@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road NE Suite 1200
Monarch Tower
Atlanta, GA 30326

*Attorneys for Defendant*

NOTICE OF SETTLEMENT – Page 2
Case No. 2:24-cv-01554-BJR

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**